1  Ike Lawrence Epstein (Nevada Bar No. 4594)
   Michael N. Feder (Nevada Bar No. 7332)
2  Beckley Singleton, Chtd.
3  530 S. Las Vegas Blvd.
   Las Vegas, Nevada 89101
4  Telephone (702) 385-3373
   Facsimile (702) 9447
5

6  (Remaining Counsel of Record are
   identified on the signature page)

7

8  Attorneys for Defendants-Counterclaim Plaintiffs,
   Station Casinos, Inc., Boulder Station, Inc.,
   Palace Station Hotel & Casino, Inc., Santa Fe Stations, Inc.,
9  Sunset Station, Inc., Texas Station, LLC, and
10 Green Valley Ranch Gaming, LLC

11                 **UNITED STATES DISTRICT COURT**

12                      **DISTRICT OF NEVADA**

13

14 HARRAH'S ENTERTAINMENT, INC., *et al.*,        CASE NO. CV-S-01-0825-KJD-RJJ

15                                               **STIPULATION FOR EXTENSION OF**
         Plaintiffs,                             **TIME FOR FILING OPPOSITION AND**
                                                 **REPLY BRIEF TO PLAINTIFFS'**
16                                               **MOTION TO STRIKE**
17       v.                                      **DECLARATIONS OF ROBERT F.**
                                                 **MORELAND, ALISTAIR CRIGHTON**
18 STATION CASINOS, INC. *et al.*,               **AND STEVEN A. WEISS**

19

20       Defendants.                             **FIRST REQUEST FOR EXTENSION**

21

22

23       IT IS HEREBY AGREED, by and between Plaintiffs' and Defendants herein, through

24 their undersigned counsel of record, as follows:  Plaintiffs filed a Motion to Strike Declarations

25 of Robert F. Moreland, Alistair Crighton and Steven A. Weiss ("Motion to Strike") on February

26 28, 2003. Defendants' response and Plaintiffs' reply to the Motion to Strike are due on March

27

28

BECKLEY
SINGLETON
CHTD
ATTORNEYS AT LAW      00044454
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89131

176

1    2.    Plaintiffs' date by which to file and serve their Reply in support of the Motion to

2    Strike shall be extended to and including April 9, 2003.

3    IT IS SO STIPULATED.

4    Dated: March 17, 2003.

5

6    Respectfully submitted,

7    _____
     J. William Ebert (Nevada Bar No. 2697)

8    J. William Ebert LTD.
     7690 W. Sahara Avenue

9    Las Vegas, Nevada 89117

10   Norman H. Beamer (admitted *pro hac vice*)
     Mark D. Rowland (admitted *pro hac vice*)

11   Kevin P. B. Johnson (admitted *pro hac vice*)
     Renée L. Stasio (admitted *pro hac vice*)

12   Ray Zado (admitted *pro hac vice*)
     Fish & Neave

13   525 University Avenue
     Palo Alto, California 94301

14

15   Attorneys for Plaintiffs,
     Harrah's Entertainment, Inc. and Harrah's

16   Operating Company, Inc.

17

18

19

_____
Ike Lawrence Epstein (Nevada Bar No. 4594)
Michael N. Feder (Nevada Bar No. 7332)
Beckley Singleton, Chtd.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

Christopher E. Chalsen (admitted *pro hac vice*)
Parker H. Bagley (admitted *pro hac vice*)
Christopher J. Gaspar (admitted *pro hac vice*)
Robert W. Busby, Jr. (admitted *pro hac vice*)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Attorneys for Defendants, Station Casinos,
Inc., Boulder Station, Inc., Palace Station Hotel
& Casino, Inc., Santa Fe Station, Inc.,
Sunset Station, Inc., Texas Station, LLC, and
Green Valley Ranch Gaming, LLC

20   IT IS SO ORDERED:

21   _____
     UNITED STATES DISTRICT/MAGISTRATE JUDGE

22   DATED: March 18, 2003

23

24

25

26

27

28

BECKLEY
SINGLETON
ATTORNEYS AT LAW CHTD.
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

00044454                                          3