# ORIGINAL

J. William Ebert, Esq. (Nevada Bar. No. 2697)
**LAW OFFICES OF J. WILLIAM EBERT**
7690 West Sahara Avenue
Las Vegas, NV 89117
Tel.:   702.228.9400
Fax:   702.228.8228

Norman H. Beamer
Mark D. Rowland
Kevin P. B. Johnson
Renée L. Stasio
Ray R. Zado
Andrew Oliver
**FISH & NEAVE**
525 University Avenue
Palo Alto, California 94301
Tel.:   650.617.4000
Fax:   650.617.4090



Attorneys for Plaintiffs and Counterdefendants,
Harrah's Entertainment, Inc. and Harrah's Operating Company, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HARRAH'S ENTERTAINMENT, INC., and HARRAH'S OPERATING COMPANY, INC., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> STATION CASINOS, INC., BOULDER STATION, INC., PALACE STATION HOTEL & CASINO, INC., SANTA FE STATION, INC., SUNSET STATION HOTEL & CASINO, INC., TEXAS STATION, INC., GREEN VALLEY RANCH GAMING, LLC., and DOES 1-20, <br><br> Defendants/Counterclaimants. | ) CV-S-01-0825-KJD-RJJ <br> ) <br> ) **DECLARATION OF RAY R. ZADO IN** <br> ) **SUPPORT OF PLAINTIFFS'** <br> ) **OPPOSITION TO DEFENDANTS'** <br> ) **MOTION TO STRIKE ALL OR PARTS** <br> ) **OF THE DECLARATION OF WILLIAM** <br> ) **T. GEOGHEGAN** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

204

I, Ray R. Zado, hereby declare as follows:

I am a member of the bar of the State of California and an associate at the law firm of Fish & Neave, counsel for Plaintiffs' Harrah's Entertainment, Inc. and Harrah's Operating Company, Inc. ("Harrah's").  I make this declaration in support of *Plaintiffs' Opposition to Defendants' Motion to Strike All or Parts of the Declaration of William T. Geoghegan.*  I have personal knowledge as to the facts contained herein and could competently testify thereto.

1.      I attended the deposition of Robert Moreland, which was taken April 11, 2002.  Also in attendance at that deposition were Mark Rowland (counsel for Harrah's); W. Jackson Matney and Christopher Chalsen ( counsel for Station Casinos, Inc., et. al.); Jim Kilby and Bart Lewin (expert consultants reatined by Station Casinos, Inc., et. al.); and William T. Geoghegan (an expert consultant retained by Harrah's in connection with the above-captioned action).

2.      At that deposition, prior to recordation of the transcript, Mr. Geoghegan was introduced to all five representatives of Station Casinos, Inc., et. al. as having been retained by Harrah's in connection with the above-captioned action.

3.      Attached hereto as Exhibit 1 is a copy of the cover page, page 5, and the signature page of the transcript of the deposition of Robert Moreland, taken April 11, 2002.  Page 5 of Exhibit 1 contains a list of individuals present at that deposition.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.  Executed on April 7, 2003, at Palo Alto, California.

_____
Ray R. Zado

2

1

Ex. 1

1        UNITED STATES DISTRICT COURT

2          DISTRICT OF NEVADA

3

4   HARRAH'S ENTERTAINMENT, INC. and    )
    HARRAH'S OPERATING COMPANY, INC.,   )
5                                       )
         Plaintiffs-Counterclaim        )
6           Defendants,                 )
                                        )
7        vs.                            )
                                        ) CV-S-01-0825-PMP-RIJ
8   STATION CASINOS, INC., BOULDER      )
    STATION, INC., PALACE STATION       )
9   HOTEL & CASINO, INC., SANTA FE      )
    STATION, INC., SUNSET STATION       )
10  HOTEL & CASINO, INC. TEXAS          )
    STATION, INC., and DOES 1-20,       )
11                                      )
         Defendants-Counterclaim        )
12          Plaintiffs.                 )
    _____

13

14

15              VOLUME 1

16             CONFIDENTIAL

17   DEPOSITION OF ROBERT MORELAND

18  Taken on Thursday, April 11, 2002

19             At 10:04 a.m.

20  At 530 Las Vegas Boulevard South

21          Las Vegas, Nevada

22

23

24

25  REPORTED BY:  TRISHA SIMS, CRR NO. 587

```
 1   APPEARANCES:
 2   For Defendants-Counterclaim Plaintiffs, Station
     Casinos, Inc., Boulder Station, Inc., Palace Station
 3   Hotel & Casino, Inc., Santa Fe Station, Inc., Sunset
     Station, Inc. and Texas Station, LLC:
 4

 5        W. JACKSON MATNEY, ESQ.
          ROBERT W. BUSBY, JR., ESQ.
          Milbank, Tweed, Hadley & McCloy LLP
 6        International Square Building
          1825 Eye Street, N.W.
 7        Washington, DC  20006
          (202)835-7500
 8
          CHRISTOPHER E. CHALSEN, ESQ.
 9        Milbank, Tweed, Hadley & McCloy LLP
          1 Chase Manhattan Plaza
10        New York, New York  10005
          (212)530-5000
11
          I. LAWRENCE EPSTEIN, ESQ.  (not present)
12        Beckley, Singleton, Jemison, Cobeaga & List
          530 Las Vegas Boulevard South
13        Las Vegas, Nevada  89101
14   For International Game Technology and the deponent:
15        NICK SAROS, ESQ.
          Kirkland & Ellis
16        777 South Figueroa Street
          Los Angeles, California  90017
17        (213)680-8658
18   For Harrah's Entertainment, Inc. and Harrah's Operating
     Company, Inc.:
19
          MARK D. ROWLAND, ESQ.
20        RAY R. ZADO, ESQ.
          Fish & Neave
21        525 University Avenue
          Palo Alto, California  94302
22        (650)617-4000
23
     Also Present:
24        BILL GEOGHEGAN
          JIM KILBY
25        BART A. LEWIN
```

CERTIFICATE OF DEPONENT

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 16 | 14 | Sam's Town – Gold River | Correct Name |
| 17 | 8 | -National University 7/89 – 12/92 | Reviewed Record |
| 90 | 17 | Chuck Hickey | Incorrect last name |
| 94 | 19 | IGT System Engineer Group | Correct title |
| 95 | 2 | that we had given them--- | Correct who gave software |
| 118 | 13 | delete "of the" Should be Version Control System | Correct system definition |
| 119 | 2 | Change negative to native | Correct word |
| 140 | 8-9-10 | are collected each hour, and the drop meters | |
| | | which all collected once per day when the | |
| | | machines are dropped. | |
| 164 | 3 | SMB should read SMIB | Correct acronym |

\* \* \* \* \*

I, Robert Moreland, deponent herein, do hereby certify and declare the within and foregoing transcription to be my deposition in said action; that I have read, corrected and do hereby affix my signature to said deposition.

_____
ROBERT MORELAND, Deponent

STATE OF NEVADA     )
                    ) SS:
COUNTY OF CLARK     )

Subscribed and sworn to before me this

_8th_ day of _May_____, 2002.

Notary Public - State of Nevada
County Of Clark
JUNE E. HARWOOD
My Appointment Expires
September 11, 2004
No. 00-65720-1

_____
Notary Public

```
 1              CERTIFICATE OF REPORTER

 2   STATE OF NEVADA   )

                       )    ss:

 3   COUNTY OF CLARK   )

 4              I, Trisha Sims, a duly commissioned Notary

 5   Public, Clark County, State of Nevada, do hereby

 6   certify:  That I reported the deposition of Robert

 7   Moreland, commencing on Thursday, April 11, 2002, at

 8   10:04 a.m.

 9              That prior to being deposed, the witness was

10   duly sworn by me to testify to the truth.  That I

11   thereafter transcribed my said shorthand notes into

12   typewriting and that the typewritten transcript is a

13   complete, true and accurate transcription of my said

14   shorthand notes.

15              I further certify that I am not a relative or

16   employee of counsel of any of the parties, nor a

17   relative or employee of the parties involved in said

18   action, nor a person financially interested in the

19   action.

20              IN WITNESS WHEREOF, I have set my hand in my

21   office in the County of Clark, State of Nevada, this

22   17th day of April, 2002.

23

24              Trisha Sims
                _____

25              TRISHA SIMS, CCR NO. 587
```

Associated Reporters of Nevada - 702-382-8778
2300 W. Sahara Ave., Ste. 770, Las Vegas, Nevada 89102