FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2003 OCT -7  A 7:26

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HARRAH'S ENTERTAINMENT, INC., and HARRAH'S OPERATING COMPANY, INC., <br><br> Plaintiffs and Counterdefendants, <br><br> vs. <br><br> STATION CASINOS, INC., BOULDER STATION, INC., PALACE STATION HOTEL & CASINO, INC., SANTA FE STATION, INC., SUNSET STATION, INC. TEXAS STATION, LLC, GREEN VALLEY RANCH GAMING, LLC and DOES 1-20. <br><br> Defendants and Counterclaimants. | CV-S-01-0825-KJD-(RJJ) <br><br> <u>ORDER</u> |

This matter was referred to the undersigned Magistrate Judge on Plaintiffs' Harrah's Entertainment, Inc.,'s And Harrah's Operating Company, Inc.'s Motion To Strike the Expert Report of Jim Kilby (#77).

The Court having reviewed Plaintiff's Motion to Strike (#77), the Opposition (#84), the Reply (#89) and the Declaration (#90) and the file herein and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Harrah's Entertainment, Inc.,'s And Harrah's Operating Company, Inc.'s Motion To Strike the Expert Report of Jim Kilby (#77) is denied.

DATED this 6th day of October, 2003.

ROBERT J. JOHNSTON
United States Magistrate Judge