# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HARRAH'S ENTERTAINMENT, INC., and HARRAH'S OPERATING COMPANY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STATION CASINOS, INC., BOULDER STATION, INC., PALACE STATION HOTEL & CASINO, INC., SANTA FE STATION, INC., SUNSET STATION HOTEL & CASINO, INC., TEXAS STATION, INC., GREEN VALLEY RANCH GAMING, LLC., and DOES 1-20, <br><br> Defendants. | CV-S-01-0825-DAE-RJJ |

## ORDER SETTING HEARING DATE

The court hereby schedules a hearing on Tuesday, March 23, 2004, at 9:00 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a courtroom to be assigned, on the following motions:



**257**

1. Defendants' Motion for Summary Judgment of Patent Unenforceability Due to Inequitable Conduct (filed 1/17/03)

2. Defendant Station Casinos, Inc.'s Motion for Partial Summary Judgment of Invalidity Under 35 U.S.C. § 112 (filed 1/17/03)

3. Plaintiffs' Motion to Strike Paragraphs 5-9 and 11-17 of the Second Declaration of Bart A. Lewin in Support of Defendants' Motion for Partial Summary Judgment Under 35 U.S.C. § 112 (filed 4/14/03)

4. Defendants' Alternative Cross Motion to Strike Portions of (1) Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment Under 35 U.S.C. § 112 and (2) the Supporting Declaration of Neil Phillip Spencer (filed 4/29/03)

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 9, 2004.

DAVID ALAN EZRA
CHIEF UNITED STATES DISTRICT JUDGE

Harrah's Entertainment, Inc., et al. vs. Station Casinos, Inc., et al., CV-S-01-0825-DAE-RJJ; ORDER SETTING HEARING DATE

2